# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2971 Disciplinary Docket No. 3
:
Petitioner :
:
: No. 177 DB 2022
v. :
:
: Attorney Registration No. 320105
KELLEY ELIZABETH CLEMENTS :
KELLER, :
: (Cumberland County)
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2023, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Kelley Elizabeth Clements Keller is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g)